UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-81046-Civ-Ryskamp/Vitunac

BERNADETTE M. HELMUTH,

    Plaintiff,

v.

J.C. CHRISTENSEN & ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice, filed December 5, 2011 **[DE 12]**. The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 8th day of December, 2011.

                          S/Kenneth L. Ryskamp
                          KENNETH L. RYSKAMP
                          UNITED STATES DISTRICT JUDGE